No. 81–6919. GUNN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 81–6920. FIELDS *v.* FLORIDA. Sup. Ct. Ohio. Certiorari denied.

No. 81–6921. BARROW *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 81–6923. WRENN *v.* AMERICAN CAST IRON PIPE CO. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 81–6924. SYROVATKA ET AL. *v.* NEBRASKA ET AL. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 81–6925. MCCULLEY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 81–6926. MARTIN *v.* KISER. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 81–6927. SEVERA *v.* RESPOND, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6928. FOSTER *v.* GREER, WARDEN, MENARD CORRECTIONAL CENTER. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 81–6930. DIN *v.* LONG ISLAND LIGHTING CO. C. A. 2d Cir. Certiorari denied.

No. 81–6931. BOLES *v.* GUILFORD TECHNICAL INSTITUTE. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 81–6932. EVANS *v.* WASHINGTON. Ct. App. Wash. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮